OPINION — AG — ** BOARD OF ACCOUNTANCY — CERTIFICATE — REVOKED ** THE OKLAHOMA STATE BOARD OF ACCOUNTANCY IS WITHOUT AUTHORITY TO REINSTATE A CERTIFIED PUBLIC ACCOUNTANT CERTIFICATE WHICH IT HAS THERETOFORE REVOKED AND CANCELLED. HOWEVER, IF THE FORMER HOLDER OF SAID CERTIFICATE IS NOW OTHERWISE QUALIFIED TO TAKE AN EXAMINATION BEFORE YOUR BOARD, WE ARE OF THE OPINION THAT IF HE DULY APPLIES FOR AND PASSES SAID EXAMINATION, HE MAY AGAIN BE LICENSED BY YOUR BOARD TO PRACTICE AS A CERTIFIED PUBLIC ACCOUNTANT IN THIS STATE. (LICENSE, REVOKED) CITE: 59 O.S. 5 [59-5], 59 O.S. 9 [59-9], 59 O.S. 278 [59-278] [59-278], 59 O.S. 45.16 [59-45.16], 59 O.S. 508.1 [59-508.1] [59-508.1], 59 O.S. 508.3 [59-508.3], OPINION NO. SEPTEMBER 22, 1932 — ?, 59 O.S. 14 [59-14] (FRED HANSEN)